IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAIKER ALVIAREZ INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JUAN FUENMAYOR,<br>    *Plaintiff,*<br><br>v.<br><br>GOYA FOODS, INC.<br>    *Defendant.* | §<br>§<br>§<br>§ CIVIL ACTION NO. 4:22-CV-00376<br>§<br>§ JURY<br>§<br>§<br>§ |

## GOYA FOODS, INC.'S
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Order for Conference Deadline and Disclosure of Interested Parties (Doc. No. 4), Goya Foods, Inc. lists all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

Plaintiff Naiker Alviarez is an individual who is represented by Vuk S. Vujasinovic and Job Tennant of VB Attorneys, PLLC. Plaintiff alleges that the decedent's surviving family also includes his son, Juan Jose Fuenmayor.

Defendant Goya Foods, Inc. d/b/a Goya de Mexico is a Delaware corporation. It is not publicly traded. Goya Foods, Inc.'s insurers are PMA Companies and National Fire & Marine Insurance Company. Goya Foods, Inc. is represented by Marcy L. Rothman, Heather Kabele and Jerrad Bloome of Kane Russell Coleman Logan, PC.

Respectfully submitted,

Date: March 4, 2022          By:  */s/ Marcy Lynn Rothman*

9108537 v1 (71168.00031.000)

        Marcy Lynn Rothman, attorney-in-charge
        State Bar No. 17318500
        Fed. Bar No. 12021
        *mrothman@krcl.com*

        KANE RUSSELL COLEMAN LOGAN PC
        5051 Westheimer Road, 10th Floor
        Houston, Texas 77056
        Telephone: 713.425.7400
        Facsimile:  713.425.7700

    ATTORNEY FOR DEFENDANT GOYA FOODS, INC.

Of Counsel:

KANE RUSSELL COLEMAN LOGAN PC
Heather Kabele
State Bar No. 24080075
Fed. Bar. No. 1392565
*hkabele@krcl.com*
Jerrad D. Bloome
State Bar No. 24001755
Federal Bar No. 21996
*jbloome@krcl.com*
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Telephone: 713.425.7400
Facsimile:  713.425.7700

                                                          9108537 v1 (71168.00031.000)

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been sent to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 4th day of March, 2022.

**Attorneys for Plaintiff:**
VB Attorneys
Vuk S. Vujasinovic
Job Tennant
6363 Woodway, Suite 400
Houston, Texas 77056

*/s/ Marcy Lynn Rothman*
Marcy Lynn Rothman

9108537 v1 (71168.00031.000)