IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAIKER ALVIAREZ INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JUAN FUENMAYOR, ET AL., <br><br>*Plaintiffs,* <br><br>vs. <br><br>GOYA FOODS, INC., ET AL., <br><br>*Defendants.* | § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-CV-00376 <br><br> JURY |

## PARTIES' JOINT STATEMENT OF CITIZENSHIP

TO THE HONORABLE COURT:

Pursuant to the Court's Order dated November 11, 2016 (Doc. #48), the parties submit their Joint Statement of Citizenship as follows:

| PARTY | STATE OF INCORP. | STATE OF CORPORATION'S PRINCIPAL PLACE OF BUSINESS | MEMBERS OF LLCS | CITIZENSHIP |
|---|---|---|---|---|
| Naiker Alviarez (Plaintiff) | N/A | N/A | N/A | Disputed[1] |
| Juan Fuenmayor (Decedent) | N/A | N/A | N/A | Disputed |
| Juan Jose Triana Fuenmayor (Plaintiff) | N/A | N/A | N/A | Disputed |
| Magaly Valencia (Plaintiff) | N/A | N/A | N/A | Disputed |
| Goya Foods, Inc. (Defendant) | Delaware | New Jersey | N/A | Delaware & New Jersey |
| Key Technology, Inc. (Defendant) | Oregon | Washington | N/A | Oregon & Washington |

---

[1] Plaintiffs' position is that they cannot confirm that any Plaintiffs are citizens of Venezuela, as they are all in the process of seeking asylum to the U.S. and are not sure how that impacts their citizenship status at issue here. Goya's position is that Plaintiffs are citizens of Venezuela, not Texas, regardless of whether they are currently seeking asylum, as addressed in Goya Foods, Inc.'s Brief on Citizenship Issues.

| | | | | |
|---|---|---|---|---|
| Mectra S.p.A. (Defendant) | Unknown | Unknown | N/A | Unknown[2] |
| EMS Group USA, LLC (Defendant) | N/A | N/A | Sole Member is EMS Group S.p.A., based in Italy. | Italy |
| Jacobs Engineering Group, Inc. (Proposed Defendant) | Delaware | California | N/A | Delaware & California |
| Apex Construction, Inc. (Proposed Defendant) | Texas | Texas | N/A | Formerly Texas (corporation was involuntarily terminated on 9/23/2013)[3] |
| BFM Equipment Sales, LLC (Proposed Defendant) | N/A | N/A | Unknown | Citizenship of former members unknown (LLC was administratively dissolved on 7/28/22) |
| Zachry, LLC f/k/a Ambitech Engineering Corp. (Proposed Defendant) | N/A | N/A | Sole Member is ZEC Corporation, incorporated in Nevada and with its principal place of business in Texas. | Nevada & Texas |
| Ruby PR, LLC f/k/a Industrial Rubber and Mechanics (Proposed Defendant) | N/A | N/A | Sole Member is Ruby Industrial Technologies LLC. The sole member of Ruby Industrial Technologies LLC is LJ KIT Blocker, Inc., incorporated in Delaware and with its principal place of business in Connecticut. | Delaware & Connecticut |

---

[2] Mectra S.p.A. has not been served or made an appearance in this matter. The plaintiffs plead that Mectra is a foreign corporation located in Italy. Mectra's position on its citizenship is unknown at this time.
[3] Plaintiffs are still investigating as to Apex Construction.

Respectfully submitted,

By: /s/ *Marcy Lynn Rothman*
   Marcy Lynn Rothman, attorney-in-charge
   State Bar No. 17318500
   Fed. Bar No. 12021
   *mrothman@krcl.com*
   Heather Kabele
   State Bar No. 24080075
   Fed. Bar No. 1392565
   hkabele@krcl.com
   Jerrad D. Bloome
   State Bar No. 24001755
   Federal Bar No. 21996
   jbloome@krcl.com
   **KANE RUSSELL COLEMAN LOGAN PC**
   5151 San Felipe St., Suite 800
   Houston, Texas 77056
   Telephone: 713.425.7400
   Facsimile: 713.425.7700

**ATTORNEYS FOR DEFENDANT GOYA FOODS, INC.**


**VB Attorneys**


*/s/ Job Tennant*
Vuk S. Vujasinovic
Attorney-in-Charge
SBN: 00794800
Southern District of Texas Bar No. 19497
Email: vuk@vbattorneys.com

**Job Tennant**
SBN: 24106501
Southern District of Texas Bar No.: 3299058
Email: job@vbattorneys.com
6363 Woodway, Suite 400
Houston, Texas 77056
713.224.7800
713.224.7801 Fax

**Attorneys for Plaintiffs**

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: /s/ *Kent M. Adams*
Kent M. Adams
Attorney in Charge
State Bar No. 00869200
So. District Bar No: 246
kent.adams@wilsonelser.com
909 Fannin Street, Suite 300
Houston, Texas 77010
Telephone: (713) 353-2000
Telecopier: (713) 785-7780

**COUNSEL FOR DEFENDANT KEY TECHNOLOGY, INC**

**WALTERS, BALIDO & CRAIN, L.L.P.**

By: */s/ Leigh M. Lewis*
Leigh M. Lewis, 876853
2500 Tanglewide, Suite 250
Houston, Texas 77063
713-335-0285
LewisEdocs@wbclawfirm.com

**ATTORNEYS FOR DEFENDANT EMS GROUP USA, LLC**

9732333 v1 (71168.00031.000)

## **CERTIFICATE OF SERVICE**

I certify that that a true and correct copy of the above and foregoing document has been sent to all known counsel pursuant to the Federal Rules of Civil Procedure on December 1, 2022.

**Attorney for Plaintiff:**
VB Attorneys
Vuk S. Vujasinovic
Job Tennant
6363 Woodway, Suite 400
Houston, Texas 77056
vuk@vbattorneys.com
713-224-7800 (Phone)
713-224-7801 (Fax)

**Attorney for Key Technology, Inc**.
Wilson Elser Moskowitz Edelman & Dicker, LLP
Kent M. Adams
909 Fannin Street, Suite 300
Houston, Texas 77010
kent.adams@wilsonelser.com
713-353-2000 (Phone)
713-785-7780 (Fax)

**Attorney for EMS Group USA, LLC**
Leigh M. Lewis
Walters, Balido & Crain, L.L.P.
2500 Tanglewilde, Suite 250
Houston, Texas 77063
LewisEdocs@wbclawfirm.com

       /s/ *Marcy Lynn Rothman*
   Marcy Lynn Rothman

9732333 v1 (71168.00031.000)