UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| NAIKER ALVAIREZ, Individually and on behalf of the estate of Juan Fuenmayor, et al | § § § | |
| v. | § § | Civil No. 2:21-cv-00350-JRG |
| GOYA FOODS INC, et al | § § § | JURY DEMAND |

## RUBY PR, LLC'S AFFIDAVIT

| | |
|---|---|
| HARTFORD COUNTY | § § |
| STATE OF CONNECTICUT | § |

BEFORE ME, the undersigned authority, on this day personally appeared DAVID MAYER, on his oath states:

"My name is David Mayer. I am the General Manager of Ruby PR, LLC ("Ruby"). I am over 18 years of age, of sound mind, and capable of making this affidavit. I have never been convicted of a felony in the State of Texas or any other state. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Ruby is a Puerto Rican foreign limited liability company organized under the laws of Puerto Rico.

Ruby has no direct sales or locations in the state of Texas.

Ruby was not involved in the design, system design, construction or installation of the Goya facility at issue in this lawsuit.

Ruby was not involved in providing or in the sale of the pipe at issue in this lawsuit.

Ruby did not provide the pipe in question, any materials, equipment or oversee, direct or consult on the the construction or installation or with others in the construction and/or installation of the Goya facility at issue in this lawsuit.

I declare that the information contained within this affidavit was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information.

Further, the affiant sayeth not."

_____
DAVID MAYER

SWORN TO and SUBSCRIBED before me by **David Mayer** on the **9th** day of **February**, 2023.

Notary Public, State of ~~Connecticut~~ Virginia
Notary Public - Lauren N Fridley
Commission 7699515
My commission expires: 06/30/2024
Notary Public of Chesterfield County, Virginia

[Seal: LAUREN N FRIDLEY, ELECTRONIC NOTARY PUBLIC, REG # 7699515, EXPIRES 6/30/2024, COMMONWEALTH OF VIRGINIA]

**Completed via Remote Online Notarization using 2way Audio/Video technology**